# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Johnson,<br><br>      Plaintiff,<br><br>v.<br><br>Federal Bureau of Prisons, et al.,<br><br>      Defendants. | **NO. CV-23-00188-TUC-RCC**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and Plaintiff having filed a Motion or Notice of Dismissal, this action is hereby dismissed.

                                Debra D. Lucas
                                District Court Executive/Clerk of Court

April 22, 2024

                              s/ C. Ortiz
                    By  Deputy Clerk